■ In the Matter of JOSEPH LEHRER, Respondent, v HOWARD SAFIR, as Police Commissioner of the City of New York and as Executive Chair of the Board of Trustees of the Police Pension Fund, Article II, et al., Appellants. [708 NYS2d 856] —Order, Supreme Court, New York County (Robert Lippmann, J.), entered February 2, 1999, which granted petitioner's application pursuant to CPLR article 78 to annul respondents' determination denying him line-of-duty accident disability retirement benefits, unanimously affirmed, without costs.

Petitioner's slip and fall on a piece of carbon paper is, as a matter of law, the kind of unexpected event necessary to constitute an accident for disability retirement purposes (*see, Matter of Starnella v Bratton*, 92 NY2d 836; *Matter of McCambridge v McGuire*, 62 NY2d 563). Accordingly, the annulment of the determination denying petitioner accident disability retirement benefits should be affirmed. Concur—Sullivan, P. J., Rosenberger, Ellerin, Lerner and Friedman, JJ.